OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 23, 2026

Suzanne Cevasco
King Moench & Collins
200 Schulz Drive
Suite 402
Red Bank, NJ 07701

Michael L. Collins
King Moench & Collins
200 Schulz Drive
Suite 402
Red Bank, NJ 07701

RE: Borough of Montvale, et al v. Attorney General New Jersey, et al
Case Number: 26-1143
District Court Case Number: 3:25-cv-03220

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**
**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:


Enclosed is case opening information regarding the above-captioned appeal filed by **Township of East Hanover, Township of Milburn, Annette Ramano, Township of Little Falls, Borough of Allendale, Lou D'Angelo, Frank Saccomandi, Township of Holmdel, Township of Washington, Borough of Totowa, Township of West Amwell, Borough of Hawthorne, Borough of Norwood, Township of Denville, Borough of Franklin Lakes, Township of**

**Mannington, Township of Wharton, Township of Hanover, Charles J. X. Kahwaty, James P. Barsa, Township of Montville, Brian Foster, Timothy J. Clayton, Township of Wyckoff, Borough of New Milford, Borough of Mendham, Ben Stoller, Borough of Westwood, Township of Cedar Grove, Township of Warren, Rudolph E. Boonstra, John Lane, City of Englewood, Borough of Hillsdale, Michael Ghassali, Township of Montgomery, Township of Wall, Borough of Montvale**, docketed at **No. 26-1143**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

### Counsel for Appellant

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline may result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

### Counsel for Appellee

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943

cc:
Levi M. Klinger-Christiansen
Adam N. Gordon, Esq. (For information purposes only)
Joshua David Bauers, Esq. (For information purposes only)