# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| BOROUGH OF MONTVALE, TOWNSHIP OF DENVILLE, BOROUGH OF HILLSDALE, TOWNSHIP OF MANNINGTON, TOWNSHIP OF MILLBURN, TOWNSHIP OF MONTVILLE, BOROUGH OF TOTOWA, BOROUGH OF ALLENDALE, BOROUGH OF WESTWOOD, TOWNSHIP OF HANOVER, TOWNSHIP OF WYCKOFF, BOROUGH OF WHARTON, BOROUGH OF MENDHAM, TOWNSHIP OF WEST AMWELL, BOROUGH OF NORWOOD, BOROUGH OF FRANKLIN LAKES, TOWNSHIP OF CEDAR GROVE, TOWNSHIP OF EAST HANOVER, TOWNSHIP OF HOLMDEL, TOWNSHIP OF WALL, TOWNSHIP OF WARREN, TOWNSHIP OF LITTLE FALLS, CITY OF ENGLEWOOD, TOWNSHIP OF MONTGOMERY, BOROUGH OF NEW MILFORD, TOWNSHIP OF WASHINGTON, BOROUGH OF HAWTHORNE, MICHAEL GHASSALI, individually and in his official capacity as MAYOR OF MONTVALE, BEN STOLLER, individually and in his official capacity as TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF MILLBURN, FRANK SACCOMANDI, IV, individually and in his official capacity as TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF MILLBURN, LOU D'ANGELO, individually and in his official capacity as COUNCIL PRESIDENT of the BOROUGH OF TOTOWA, RUDOLPH E. BOONSTRA, individually and in his official capacity as MAYOR AND TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF WYCKOFF, JAMES P. BARSA individually and in his capacity as MAYOR of the | Docket No.: 26-1143<br><br>**MOTION FOR LEAVE TO EXCEED WORD LIMIT** |

BOROUGH OF NORWOOD, CHARLES J.X. KAHWATY, individually and in his official capacity as MAYOR of the BOROUGH OF FRANKLIN LAKES, and BRIAN FOSTER, individually and in his official capacity as MAYOR AND TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF HOLMDEL, JOHN LANE, individually and in his official capacity as MAYOR OF THE BOROUGH OF HAWTHORNE, and TIMOTHY J. CLAYTON, individually and in his official capacity as MAYOR OF THE TOWNSHIP OF WALL,

      Plaintiffs,

 v.

MATTHEW J. PLATKIN in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, MICHAEL J. BLEE in his official capacity as ACTING ADMINISTRATIVE DIRECTOR OF THE COURTS, THOMAS C. MILLER in his official capacity as CHAIR OF THE AFFORDABLE HOUSING DISPUTE RESOLUTION PROGRAM ("PROGRAM"), RONALD E. BOOKBINDER in his official capacity as MEMBER OF THE PROGRAM, THOMAS F. BROGAN in his official capacity as MEMBER OF THE PROGRAM, STEPHAN C. HANSBURY in his official capacity as MEMBER OF THE PROGRAM, MARY C. JACOBSON in her official capacity as MEMBER OF THE PROGRAM, JULIO L. MENDEZ in his official capacity as MEMBER OF THE PROGRAM, and PAULETTE M. SAPP-PETERSON in her official capacity as MEMBER OF THE PROGRAM,

      Defendants.

Movants-Appellants respectfully move for leave to file a brief exceeding the applicable word limit.

Good cause exists for this request. This appeal presents a federal constitutional challenge to a New Jersey statute with a complex 50-year history. Movants-Appellants need additional length to address these issues, the District Court's standing disposition, and a preliminary injunction motion record including an evidentiary hearing with four witnesses that underlies this application.

Movants-Appellants therefore seek permission to file a brief of approximately 6,973 words, exceeding the prescribed limit by 1,773 words. Counsel has made every effort to be concise and requests only the additional space necessary to present the issues fully. Granting this motion will not prejudice Appellees-Respondents, who will have the full opportunity to respond.

For these reasons, Appellant respectfully requests the Court grant leave to exceed the word limit.

Respectfully submitted,

**KING, MOENCH & COLLINS LLP**

By:  /s Michael L. Collins
Michael L. Collins, Esq.
Suzanne E. Cevasco, Esq.*
200 Shulz Drive, Suite 402
Red Bank, New Jersey 07701
(732) 546-3670
mcollins@kingmoench.com
suzanne.cevasco@kingmoench.com
* *Pending Admission*
*Attorneys for Plaintiffs-Appellants*

Dated: January 25, 2026