UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-027-E

No. <u>26-1143</u>

BOROUGH OF MONTVALE et al;
Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
MICHAEL J. BLEE, in his official capacity as ACTING ADMINISTRATIVE
DIRECTOR OF THECOURTS; THOMAS C. MILLER; RONALD E. BOOKBINDER;
THOMAS F. BROGAN; STEPHEN C. HANSBURY; MARY C. JACOBSON; JULIO
MENDEZ; PAULETTE SAPP-PETERSON

(D.N.J. No. 3:25-cv-03220)

Present:  CHUNG and FISHER, *Circuit Judges*

1.  Motion by Appellants for Emergency Relief Seeking Injunction Pending Appeal;

2.  Motion by Appellant to Accept Brief in Support of Application for Emergency
    Relief Seeking Preliminary Injunctive Relief Pending Appeal that is
    Approximately 6793 words exceeding the word count by 1773 words.

Respectfully,
Clerk/pdb

_____ORDER_____

The response deadline for the Appellants' Motion for Emergency Relief Seeking
Injunction Pending Appeal (ECF No. 6) is Tuesday, January 27, 2026 by 3:00 p.m.

The Appellants' Motion to Accept Brief in Support of Application for Emergency
Relief Seeking Preliminary Injunctive Relief Pending Appeal that is Approximately 6793
words exceeding the word count by 1773 words (ECF No. 5) is GRANTED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: January 26, 2026
PDB/cc: All Counsel of Record